IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-01744-WYD-KLM

LAKESH CLARK,

      Plaintiff,

v.

THE LAW OFFICES OF MITCHELL D. BLUHM & ASSOCIATES, LLC, a Georgia
limited liability company,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and being fully advised in the premises, it is

hereby

ORDERED that this case and all claims asserted therein is dismissed with

prejudice, each party to pay her or its own attorney's fees and costs.

Dated this <u>18th</u> day of August, 2010.

                        BY THE COURT:


                        <u>s/ Wiley Y. Daniel</u>
                        WILEY Y. DANIEL,
                        CHIEF UNITED STATES DISTRICT JUDGE